Ann M. Alexander, Esq.
Nevada Bar No. 7256
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
Reno, Nevada 89509
Telephone: (775)786-3930
aalexander@etsreno.com
**Attorney for Defendants**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRENNEN HOOPER; and, TERRY MADISON, individually and as Special Administrator of the Estate of CORBIN DAVIS MADISON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>ELKO COUNTY SCHOOL DISTRICT; and, CHRISTOPHER McANANY;<br><br>Defendants. | Case No. 3:19-cv-00136-MMD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

The Parties to the above-entitled action by and through their counsel of record hereby stipulate and agree as follows:

1. Plaintiffs and Defendants agree to dismissal of the Complaint filed in Case No. 3:19-cv-00136-MMD-BNW, with prejudice, each party to bear his or its own attorneys' fees and costs.

///

///

///

///

///

///

///

1

2. Accordingly, the Parties jointly request that this Honorable Court dismiss this matter with prejudice.

IT IS SO STIPULATED.

DATED this 19th day of February, 2020.

| | |
|---|---|
| By: */s/ Ann M. Alexander* | By: */s/ Denise A. Bradshaw* |
| Ann M. Alexander, Esq. | Denise A. Bradshaw, Esq. |
| Nevada Bar No. 7256 | Nevada Bar No. 10521 |
| ERICKSON, THORPE & SWAINSTON, LTD. | BRADSHAW LAW LLC |
| 99 West Arroyo Street | 603 Pine Street |
| Reno, Nevada 89509 | Elko, Nevada 89801 |
| Telephone: (775)786-3930 | Telephone: (775)738-7444 |
| Facsimile: (775)786-4160 | Facsimile: (775)738-7455 |
| **Attorney for Defendants** | **Attorney for Plaintiffs** |

By: */s/ Matthew L. Sharp*
Matthew L. Sharp, Esq.
Nevada Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, Nevada 89501
Telephone: (775)324-1500
Facsimile: (775)284-0675
**Attorney for Plaintiffs**

## **ORDER**

Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the stipulation of the parties, Case No. 3:19-cv-00136-MMD-BNW is hereby dismissed in its entirety with prejudice.

DATED this __21st__ day of February, 2020.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE